**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **JERIMIAH THOMAS,** | No. LA CV 24-08495-VBF-DTB |
| Plaintiff, | **ORDER** |
| v. | Dismissing the Action Without Prejudice for Lack of Prosecution and Failure to Pay the Case Filing Fee |
| STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO PUB. DEFENDERS, | |
| Defendantt . | |

On September 26, 2024, plaintiff constructively filed the complaint initiating this civil-rights action, which was docketed on October 3, 2024. *See* CM/ECF System Document ("Doc") 2.

That same day, October 3, 2024, the Clerk's Office sent a Notice of Discrepancies to plaintiff advising him that he had neither paid the case filing fee nor filed a request to proceed without prepayment of the case filing fee. The Notice of Discrepancies advised plaintiff that if he did not pay the fee or file a request to proceed without prepayment within thirty days from the date of the Notice, the case could be dismissed.

The thirty-day period elapsed at 11:59 p.m. on November 3, 2024, over one month ago, and plaintiff has neither paid the case filing nor filed any other request with the Court.

Accordingly, this action is DISMISSED without prejudice for failure to pay the case

filing fee, lack of prosecution, and non-compliance with court order.

**Plaintiff remains obligated to pay the entire case filing fee.**

This action is TERMINATED (JS-6).

IT IS SO ORDERED.

Dated: December 10, 2024

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge